# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3562
L.T. Case Nos: 2023-104642-MMDL
2023-105186-MMDL

———————————————

TERA B. LAU,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Prohibition,
David Howard Foxman, Respondent, Judge.

Tera B. Lau, Deltona, pro se.

No Appearance for Respondent.

March 5, 2025

PER CURIAM.

    DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., Associate Judges,
concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____